## Feldman *v.* Blofstein, Appellant.

Argued November 27, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Nathan Lavine,* for appellant.

*Emanuel Moss, Louis I. Metzman* and *Moss & Moss,* for appellee, were not heard.

PER CURIAM, November 27, 1946:

The decree of the court below is affirmed at appellant's cost.